**FILED**
October 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW ANDREW GARCES, § | |
| Plaintiff, § | |
| v. § | NO. SA-25-CV-00686-OLG |
| MADISON GARCIA, § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed September 10, 2025, concerning the status of this case in which prolific pro se Plaintiff Matthew Andrew Garces has requested permission to *proceed in forma pauperis*. (*See* R&R, Dkt. No. 15.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff was electronically served with a copy of the R&R on September 10, 2025, and timely filed objections the very next day (*see* Dkt. No. 17).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; **frivolous, conclusory, or general objections need not be considered by the district court.** *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (emphasis added) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any

portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the R&R for clear errors and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 15) and, for the reasons set forth therein, this case is **DISMISSED WITHOUT PREJUDICE** to refiling, should Plaintiff obtain prior permission from the Court to do so.

This case is **CLOSED**, and all pending motions are **DISMISSED AS MOOT**.

It is so **ORDERED**.

**SIGNED** this \_\_\_9\_\_\_ day of October 2025.

_____
ORLANDO L. GARCIA
United States District Judge